PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 20-1705
_____

Jorge Luis Valarezo-Tirado,
                                              Petitioner

v.

Attorney General of the United States of America,

_____

On Petition for Review of a Final Order of
the Immigration Court
(Agency No. A208-449-401)
Immigration Judge:  Pallavi S. Shirole

_____

Argued on March 10, 2021

Before: SMITH, *Chief Judge*, McKEE and AMBRO, *Circuit Judges*

**ORDER AMENDING OPINION**

       The opinion filed July 15, 2021, is hereby vacated.  The Clerk shall file the amended opinion, which includes changes to the footnotes in the July 15th opinion.  As the amendment does not affect the judgment, the time for filing the petition for rehearing remains the same.

                              By the Court,

                              s/ Theodore A. McKee
                              Circuit Judge

Dated:  July 23, 2021